UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAREN DEVON DAVIS,<br><br>                Plaintiff,<br><br>   v.<br><br>CAIR-NET.ORG, *et al.*,<br><br>                Defendants. | Case No. C19-1319-RSM-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff Daren Davis is currently in the custody of the King County Department of Adult and Juvenile Detention. On August 19, 2019, plaintiff submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff alleges in his complaint that his civil rights are being violated, though the precise nature of the alleged violation is unclear. (*See* Dkt. 1-1 at 3.) Plaintiff submitted with his complaint an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) However, plaintiff failed to include with his application a copy of his prison trust account statement. On August 21, 2019, the Clerk sent plaintiff a letter advising him that his submission was deficient because he failed to provide a certified copy of his prison trust account statement. (Dkt. 2.) Plaintiff was further advised that he would have to correct this deficiency by September 20, 2019, or risk dismissal of this action. (*Id*.) To date, plaintiff has not

REPORT AND RECOMMENDATION - 1

submitted a copy of his prison trust account statement.

As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 1, 2019**.

DATED this 9th day of October, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2